IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEHROOZ DAFTARIAN,<br>　　　　Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-05-350 |
| | § | |
| DOUG DRETKE, Director of the Texas<br>Department of Criminal Justice - Criminal<br>Institutional Division,<br>　　　　Respondent. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

For the reasons stated in this Court's Memorandum and Order Granting Respondent's Motion for Summary Judgment, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on February 1, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MELINDA HARMON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE